**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge Raymond P. Moore**

Criminal Case No. 15-cr-00202-RM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    SAMUEL TERRAYE WINDOM,

    Defendant.

___

**ORDER RESETTING TRIAL DATES**
___

This matter has been rescheduled for a **four-day** jury trial on the docket of Judge Raymond P. Moore in the U.S. District Courthouse, Courtroom A601, 6th Floor, 901 19th Street, Denver, Colorado to commence on **September 8, 2015 at 9:00 a.m.** On the first day of trial, counsel and pro se parties shall be present at **8:30 a.m.** It is

ORDERED that a Trial Preparation Conference is set for **August 20, 2015 at 9:00 a.m.** in Courtroom A601. Lead counsel who will try the case shall attend in person. Defendant is also required to be present.

The parties shall be prepared to address the following issues at the Trial Preparation Conference:

    1)    jury selection;

    2)    sequestration of witnesses;

3)       timing of presentation of witnesses and evidence;

4)       anticipated evidentiary issues;

5)       any stipulations as to fact or law; and

6)       any other issue affecting the duration or course of the trial.

DATED this 29th day of May, 2015.

                                  BY THE COURT:

                                  _____
                                  RAYMOND P. MOORE
                                  United States District Judge