**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore**

Criminal Case No. 15-cr-00202-RM

UNITED STATES OF AMERICA,

      Plaintiff,

v.

SAMUEL TERRAYE WINDOM,

      Defendant.

_____

**ORDER SETTING CHANGE OF PLEA HEARING**
_____

      Pursuant to the Notice of Disposition filed on September 16, 2015 (Docket No. 48). A Change of Plea Hearing is set for **October 8, 2015** at **3:00 p.m.** Counsel for the parties shall email a courtesy copy of all change of plea documents separately to my chambers: (Moore_Chambers@cod.uscourts.gov) and to the Probation Department not later than 48 hours before the change of plea hearing. *See* D.C.COLO.LCrR 11.1C. On the date of the hearing, counsel shall bring with them an original and one copy of the plea agreement and the statement in advance. *See* D.C.COLO.LCrR 11.1F.

      The plea agreement shall be in the form required by D.C.COLO.LCrR 11.1C which includes a separate section identifying each essential element required by law for the commission

of each criminal offense to which the defendant intends to enter a plea of guilty. The statement in advance shall be in the form required by D.C.COLO.LCrR 11.1D.

DATED this 30th day of September, 2015.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge